United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DISH NETWORK L.L.C., et al.,

    Plaintiffs,

v.

ARTURO M RAMIREZ,

    Defendant.

Case No. 15-cv-04712-BLF

**ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiffs' motion for default judgment suitable for submission without oral argument and hereby VACATES the hearing scheduled for May 19, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

_____
BETH LABSON FREEMAN
United States District Judge